UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-7915-CAS(JCx) | Date | July 17, 2008 |
|---|---|---|---|
| Title | *DONGHUA TEXTILE GROUP CO., LTD. v. CALWELL CORPORATION; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  **(IN CHAMBERS) ORDER TO SHOW CAUSE**

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **August 1, 2008** why this action should not be dismissed for lack of prosecution **as to defendant CALWELL CORPORATION; BERGAMO ACQUISITION CORP; and WFT CONCEPT, LLC.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1) A corrected proof of service of summons and complaint on the **defendant WFT CONCEPT, LLC.,** pursuant to the Notice of Deficiency Default/Default Judgment filed January 30, 2008;

2) Plaintiff's filing of a application for the clerk to enter default judgment on **defendants CALWELL CORPORATION; and BERGAMO ACQUISITION CORP**, or plaintiff's filing of a motion for entry of default judgment on **defendants CALWELL CORPORATION; and BERGAMO ACQUISITION CORP**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |