# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV07-7915-CAS(JCx) | Date | October 29, 2008 |
|---|---|---|---|
| Title | *DONGHUA TEXTILE GROUP CO., LTD. v. CALWELL CORPORATION; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On September 2, 2008, the Court notes that plaintiff filed a request for default judgment against defendant Calwell Corporation.  On September 8, 2008, the Court issued a Notice of Deficiency Default/Default Judgment.  To date, plaintiff has taken no further action.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **November 14, 2008** why this action should not be dismissed for lack of prosecution **as to defendant CALWELL CORPORATION, only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)      Plaintiff's filing of a <u>motion</u> for entry of default <u>judgment</u> on **defendant CALWELL CORPORATION**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | CMJ | |